**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| DASHAWN WATSON, | : | |
| a/k/a CHAWN HACKLEY, | : | |
| | : | Civil Action No. 07-3175 (RMB) |
| Plaintiff, | : | |
| | : | |
| v. | : | **ORDER** |
| | : | |
| OFFICER MICHAEL OLDROYD, | : | |
| | : | |
| Defendant. | : | |

This matter having come before the Court upon the motion of Defendant Officer Michael Oldroyd to stay Plaintiff's Complaint pending adjudication of criminal charges; and the Court having considered the papers submitted in support of the motion; and the Plaintiff, appearing pro se, having filed no opposition; and for the reasons set forth in the accompanying Opinion,

IT IS ON THIS **12th** day of **March** 2008, hereby **ORDERED** that the motion be and is hereby **GRANTED** and this matter is stayed pending adjudication of the criminal charges pending in State of New Jersey v. Dashawn Watson, Indictment No. 07-08-2006-C (Superior Court of New Jersey, Law Division-Criminal, Atlantic County); and

IT IS FURTHER **ORDERED** that the Clerk of the Court shall administratively terminate this case pending further Order of the Court upon a motion to reopen this matter filed by the Plaintiff

consistent with this Court's Opinion.

s/Renée Marie Bumb
Renée Marie Bumb
United States District Judge
